# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **CYNTHIA HUFFMAN., et al.** | |
| Plaintiffs, | **Case No. 1:13-CV-219** |
| v. | |
| **THE HILLTOP COMPANIES, LLC.** | **Judge Spiegel** |
| Defendant. | |

# NOTICE OF APPEAL

Pursuant to 9 U.S.C. § 16(a)(1), Defendant The Hilltop Companies, LLC ("Hilltop") hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order entered on July 31, 2013 (Docket No. 16), denying Hilltop's Motion to Dismiss and Compel Individual Arbitration (Docket No. 10).

Respectfully submitted,

 s/ *Eugene Droder III*
Matthew C. Blickensderfer (0073019)
Eugene Droder III (0078210)
Adam R. Hanley (0085470)
FROST BROWN TODD LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio  45202-4182
Tel:  (513) 651-6800
mblickensderfer@fbtlaw.com
edroder@fbtlaw.com
ahanley@fbtlaw.com

*Attorneys for Defendant*
*The Hilltop Companies, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2013, the foregoing was electronically filed. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Case Filing system. Parties and their counsel may access this filing through the Court's Electronic Case Filing System.

    s/ *Eugene Droder III*
Eugene Droder III (0078210)
FROST BROWN TODD LLC

*Attorney for Defendant*
*The Hilltop Companies, LLC*